UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**13 CV 0809**

Annette Fluker

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

MR. Donald Trump & Ivana Trump

Jury Trial: ☒ Yes   ☐ No
*(check one)*

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED
FEB - 1 2013
PRO SE OFFICE

I.  Parties in this complaint:

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name           Annette Fluker
              Street Address  1375 Ocean Ave 1A
              County, City    Brooklyn N.Y
              State & Zip Code 11230
              Telephone Number 718 377-3245

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name           Mr. Donald Trump and Family Ivana Trump
                  Street Address  5th Ave

*Rev. 05/2010*

       County, City _New York N.Y 10022_
       State & Zip Code _10022_
       Telephone Number _(212 299-1000_

Defendant No. 2    Name _____
       Street Address _____
       County, City _____
       State & Zip Code _____
       Telephone Number _____

Defendant No. 3    Name _____
       Street Address _____
       County, City _____
       State & Zip Code _____
       Telephone Number _____

Defendant No. 4    Name _____
       Street Address _____
       County, City _____
       State & Zip Code _____
       Telephone Number _____

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

   ☐ Federal Questions      ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _Consitutional Rights  Freedom Rights;_
_Equal Rights  Human Rights_

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

   Plaintiff(s) state(s) of citizenship _USA_
   Defendant(s) state(s) of citizenship _USA_

III.   **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? Brooklyn (Virginia Hampton) California, Tonya Harding, Newark New Jersey, Rutten, Chicago

B. What date and approximate time did the events giving rise to your claim(s) occur? 2013, 1991, 1996, 1999, 1994, AM and PM

C. Facts: *What happened to you? Who did what? Was anyone else involved? Who else saw what happened?*

A Living will was Given to MR. Trump For my Children Lucinda, Brad, Khalia which Expired. Another Living will, would Be Made For Them and my Grand Children.

My Copy writen Songs, Book's Comercial, T shirt's. And Trump Jumped on me ATTacked me. At 30 Summit St East Orange. N.J And IS Omar Bin Laddin in Canada On Me And Osama Bin Laddin Jumped on Top of Trump and me. At 30 Summit Street East Orange. Before 911 Twin Tower's And Trump panic Beating me up, And Trump Refused To Pay Me the Cost of $1300.00 and $150,000.00 Lost Since 1991-1995 As They Been on me In Virginia And Trump's Tail on me Prince Edward And Darkness, wicket all on me 1991 of EXXON

IV. Injuries: If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Panic, Humilation, Pain, Stress Tired Lost of my youth Since 1991- Maken Me old. (Broken Leg) DYNamic witch Craft, Demonation Suffering 1994 and 2012.

*Rev. 05/2010*

V.  Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Allow MR. Trump to pay me, The Lost Sum's And Time of my Youth I Lost Since His Tail of the London Prince Invaded My Life And Stopped My Life In Rage. Mammon's In Oil of Spiritual False Gossip, And False Properties Wolf's Hell opened up And Poolpit's which Grab me out My Home 1991 when I Burried my Husband Elton Fluker My Life Changed Since And Threw my Jobs of Trump them on me State to State Country to Country Darkness

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 31 day of January, 2013

Signature of Plaintiff: Annette Fluker

Mailing Address: 1375 Ocean Pkwy 1A
Brooklyn N.Y 11230

Telephone Number: 718 377-3245

Fax Number (if you have one): 

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

*Rev. 05/2010*

To the federal court's of new York foley square new York   my name is Annette fluker and I been asked by former court's of new York to reinstate each case into the federal court's since 2009 and has not filed all case's needed into foley square court's and need to request promisson since to file each case , when since 1998 in the Newark attorney general office I listed that I was a victim of osama bin laddin's before 911 twin tower's and has report's here enclosed and dated and fill's I am over looked and humiliated since 1991 exxon area on central ave Newark were the cult opened and threw my job 1992 .and proved all truth relateing to each defantant and concerning canabelisum of sliver , whicj eat human flesh and which I am of in form broke from 150.000.00 1991—1995 moveing from the darkness sent to me 1991 as hell opened up of trump on me morrish American of osama bin laddin son in coalition of oilspill's and islam sent to me 1991 by landmark of the clinton's and my neibhor's of 189 fairmont ave Newark new jersey of the trump's , mr. trump tail wrap of me and my dieing husban, Elton d. fluker is of united kingdom prince Edward on me nonstop in a rage mateing ivana trump and  mr. trump is Iraq saddam , wanting all lightskin mate's which was stirring opening hell on me nonstop and ivana trump refuse to pay me .i need the trump's to pay me in full, mean while I has lost most of my youth since and fill's old and broken up also strained while farrkhan daughter in Hampton virgina stirred on me darkness nonstop and after I was framed from what they been did 1991 italian and Portugal in Newark ironbond section and of the neibhor's in all sort's of religion grabbing me whom is not witchcraft of the wizard wife ivana trump had , I sufferd

hate , evil , humiliation as trump daughter beat me up in spirit after the clinton's daughter jumped on me and is italain , north Korean also black 1991 and 1994 stirring provokeing me to move out from my condo's and new home at 255 chapel street Hampton virgina , and 189 fairmont ave Newark new jersey 1991 and 27 grand ave 1991—1993 which of iran by landmark is pope john paul ii of kaddfy in Jordan a king I was told and stirring took place on me a human of flesh to be eaten up since 2nd grade and kindergarden as the queen of London son head's this from his tail and mr. farrkhan since 13th street 1982 on me in spirit and the trump's also at 340 littelton ave 1968 and at 54 16th ave mr. freeman building were I am living in 3rd grade and in 6th grade president j.f.k of actor billy dee william's I had a dream on broad way in new York I am taken to on a class trip to see and now has learned that dureing president j.f.k banker father visit in united kingdom that the former president joined a congregation their in London and had president bush family stirring on me just a kid and of phillipean and Fairmont ave threw my landlord in mt. Vernon masonic ,eastern star of marla mapel's and trump and ethel Cunningham of cuba and Europe is her son stuff of singer micheal Jackson selling me for united kingdom and as Iraq war's with the united state's and saddam son die's Iraq been looking at me reading and is Russia , and lamont mcmillen in Newark is stuff of Clinton and trump , Clinton head is sadia Arabia as this picture of him with his head wrapped in black and white wrapping , your honor I need my life back to normal , if I was not telling you the truth of which I claim's I can go to jail , and I keep saying freeman building it stirred from apartment

11 which mean's in roman number's world war II AND SINCE America has lost so much money like it was world war to in tornadoe's , tradmarket just as Europe 1991 landlord was of Europe trademarket of govornor's in here and mayor's in new York today and is farrkhan , while his daughter mate saddam and his son mustfah mate his daughter whom is white not black and live in Chicago together and as the other sister Rochelle wright on park ave east orange or Newark babysisted for mosco Russia prime minister putin 1970 female name ann and as he head's lamont mcmillen and is landlord willie king in mt. Vernon from 1950 knowning my parent's then became my landlord by 1985 and of jubilee was my father's father's attorney's controlled and by 1991 in bayonne new jersey demenico tour bus company meeting me 1991 at exxon going into Canadian America touring with me Canada known's it and I must type a deman letter and go to quebec they are expecting me we talked over the phone and by letter a few year's bewfore new York trade market layoff but I cannot get money to have my passport and proper need's because mr. trump wife refuse to pay me and it wraptured of the wizard since 1990 in Atlanta Georgia when I visted at my great aunt Christine henry's funeral and they had her since 1970 threw st. patra on Holland street in a singing group from rahway prison the escort's and got me and took me to 463 norwood street east orange new jersey at age 14 my father disagreed and locked me away until age 16 then it returned from freeman building 1970 from were I am token at age 14 for the cult which jumped on me 1991 at exxon and is of mammon's of the pacific ocean of monacon prince rhainer and daughter carolin at my door

1991 opening hell and of janet Jackson and chealsey Clinton name is tynisha also of nazi's real nazi they are black to also jewish and eric trump also monster's wanting me to prostitute , my home's all gone , lot's more, catholic scarence heart in Irvington is headed by trump and is st. mark roman catholic with me by 2010 in new York of prince william's whom is chealsey Clinton telling , and is morrish American with me at exxon 1991 st. mark roman catholic head the morrish american's and of yahmahal googel's , as 463 elijaj keep's up tonyia and a niece of president bush daughter as I am stripped nonstop and in Canada tonyia head's osama son and she was at my home 1990 , and with new York of oprah is a aunt in Brooklyn ,as this turn's since my birth , I found out not that it control's what it did but Jerusalem red serpent is of Elijah and a sliver knight in mt.calvery c.o.g.i.c pentacostal into Hampton virgina mt. Vernon masonic from avon ave mt. Vernon of cousin javanly Thomas church and is tynisha's grandmother's church as they get us by 1994 into virgina and seeked my daughter but do not have her and neither me in catholic as they reached after , I do not care , I am not of a cult trump daughter stirred and is a little devil on me of Iraq as it war's , and soiler's die , cost no one will stop what hell it opened and I am falsed to watch the soilder's have no leg's and arm's since and they think they went to war to save me no way , I am not of war , I am of the lord exodus 12 verse 12 and is not evil , hate , lust , but is love and equal ,justice to all . my I have premisson to submit this case .

Thank you  Annette fluker

THE Planet's Has

63 Moon's The main

4 Named Lo, Calisto

Ganymede and Europa

were Discoved By the Ancient

Astronomer Galileo
Did Referred to as

Galilean moon's

Each Planit IS A God
Since God Created the
Heaven's waters Abom
Eve,

Exodus 12 verse 12
Word Lo Borg
Liberty Sorogatien are
Not of

The Plantiff or Religons
Of them or Their Gods
But IS of My God God over

advancedcopy@thejnet.com

All Gods EX 12 verse 12

THE HIGHER SELF OF THE LOWER SELF, JESUS SAID TO THE HIGHER SELF, THEW THE LOWER SELF AND GETTHO POOR IS THE RICH STIRRING BY LANDMARK'S IN AMERICA IN DYNAMIC WITCHCRAFT AND HAD STRUCK AT EXXON 1991 I FELT, BUT 1989 2 BILLION DOLLAR'S IN OIL OF ALASKA IN COALITION OF CANADIAN AMERICA AND UNITED KINGDOM HIRED A MOSCO RUSSIAN TO THROW ME FROM MY THORN AND THREW THE LOWER SELF OF THE TRUMP'S AND FARRKHAN'S INTO HAMPTON VIRGINA 1994 FROM NEW YORK, RHOAD ISLAND, AND GEORGIA, BOSTON, PHILIDELPHA, NEWARK NEW JERSEY, IN VIRGINA AND FLORDIA AREA'S ON ME STIRRING FOR DARKNESS IN DYNAMIC WITCH CRAFT 1996 IN NEWARK FROM LONDON PAKINSTAN OF O.J ONLY BUT IS A PRINCE, OF OSAMA AND RUSSIAN OF IVANA, PAT IN EAST ORANGE NEW JERSEY ON ME 1975 AND OF AUTO SHOP'S 3X 1976 LOCK STREET CENTRAL AVE INTO UNITED KINGDOM OF MODONNA MATE AND HUSBAN PRINCE NAME BLACK FRANK WORKING AT LOCK STREET KEN'S AUTOSHOP WHOM FAMILY LIVE IN NEW YORK AND IS THE UNCEL SHOP OWNER OF TRUMP DAUGTHER NAME TUSSY HERE OF HER FATHER'S AUTOSHOP BAYRAY AUTOSHOP AND TOM'S AUTOSHOP AND ANOTHER SHOP 1985 ON 12TH AVE FAIRMONT AVE OF ROCHELLE EACH SHOP = IN CBIBELCODE READING AS SHEILD CITY, THE TOOL'S HERE OF CHRIST CRUCIFIED AND TRAIN NAIL'S TRACK'S OF TRAIN, THE TOOL'S ARE BIBICAL BUT IS STIRRED IN NEAR RICHMOND AREA 1994 NEAR NO. CAROLINA SHEILD'S CITY AND NEWARK. AS DYNAMIC AND OTHER FORM STYLE USE OF CRAFT IS PRATICE ON ME OF TRUMP GIRL FOR LONDON.

LIVING IN FORM'S OF ME SINCE MY BIRTH 1962 AND 1950 A INDIAN FARRKHAN DAUGTHER IS OF KIESHA HER MOTHER IS A PASTOR 1988 IN EMANUALE FELLOWSHIP , AND THE NATION OF ISLAM ALSO BY 1999 IS A SCARENCE HEART ITALIAN PREIST IN IRVINGTON NEW JERSEY AND HIS SON KENNY JR IS A SCHOOLMATE 1973 NAME CURTIS WHILE SEAR'S HIS SISTER IS MY 1984 ETHEL CUNNINGHAM AND FAMILY LIVING NEXT DOOR TO ME AT 189 FAIRMONT AVE AND IS IRAQ SADDAM , DAVID CUNNINGHAM AND TRUMP DAUGTHER IS ETHEL CUNNINGHAM AND MR. POLLOCK WIFE BY 1999 IN ORANGE NEW JERSEY STILL ON ME THREW MY JOB'S AND 1992 THREW MY JOB PORTUGAL AND ITALAIN INTO HAMPTON VIRGINA SHE IS THE MANAGER OF 34 – A MARINER'S COVE GROVE WERE I AM LIVING IN A CONDO AND FARRKHAN IN THE NAVY IS LIVING IN A CONDO WITH HIS WIFE PAM FROM MISSISSIPPI HE IS IN MT. VERNON BAPTIST CHURCH THE MINISTER HERE IS MY NEWARK NEW JERSEY NEIBHOR STUFF CUNNINGHAM AND SINGER MICHEAL JACKSON TRYING TO SELL ME AND MY KID'S THE SINGER ENTERD INTO HAMPTON VIRGINA IN CONSERT 1994 WERE I AM LIVING AT HAMPTON UNIVERSITY COLLAGE CONDO AREA BLOCK'S FROM THE SINGER , THEN THREW PAM AND MARGET CAGE WE ARE INVITED TO THIS CHURCH 1 DAY AND MY OLDEST DAUGTHER IS NOT THEIR MEMBER SHE LEFT HAMPTON VIRGINA 1994 VISITING NEW PORT NEW'S VIRGINA 1995 SEEING ME HER AND LAMAR WE WAS NOT CHURCH RELIGON NEITHER 1988 OF PENTACOSTAL IN NEWARK WHICH CAME TO US THREW MR. ELTON FLUKER WHOM HAD HOGSKIN DIEASE AND DIED BY 1991 THEN THE NEIBHOR'S GRABBED ME AND FORMED UP THREW MY JOB'S AND BY 1994 I BECAME A

CERTIFIED NURSE'S AIDE IN HAMPTON VIRGINA WORKING IN A NURSEING HOME AND DUREING NURSEING SCHOOL MR. POLLOCK WAS THE FEMALE NURSE'S ASSISTANCE AND MR. POLLACK DAUGTHER BECAME MY PATIENT BY 1999 IN ORANGE NEW JERSEY AND THE DIRECTOR OF THE COMPANY PEOPLE CARE IS MR. POLLOCK AND MY NEIBHOR TYNISHA OF PRINCE WILLIAM'S AND THE CLINTON'S , TRUMP ON ME , I WROTE THE QUEEN OF LONDON AND TOLD HER THAT BY 1997 IN THE IRONBOND SECTION OF NEWARK NEW JERSEY I FELT THAT I WORKED FOR PRINCESS DIANA AND OF ST. JAME'S HOSPITAL AREA HERE AS SHE SPOKE FROM BEFORE SHE DIED SHE WAS WORKING AND SISTER LORETTA , AND FOR SURE IN POOLPIT'S WORKING THEY HAD ME AND I LOST MY NURSEING CAREER BECAUSE THESE HOME CARE PRIVATE JOB'S DO NOT PAY ME LIKE NUSRE'S AIDE WORK DO , I WAS TO BECOME A NURSE AND THEY BLOCKED IT ALL TO GAIN ME INTO HOME'S IN POOLPIT'S WORKING OF THEM AND 1996 IN ELIZABETH NEW JERSEY AND JEWISH INTO A JEWISH LIVING AREA THEY STIRRED AND IS OF JERUSALEM SINCE 1976 AT 463 NORWOOD STREET EAST ORANGE AND TIPTOP BAR 1975 NEW STREET NEWARK AND SHEILD CITY OF MECHANIC'S WITH TOOL'S SHEILD CITY , AS CAR LOT'S CLOSE TOOKEN OFF THE LANDMARK MARKET 'S AND NEW JERSEY GOVORNOR SHUT DOWN FOR 1 PENNY ,PRESIDENT LINCOLN VATICAN , OF V—POINT LANDMARK'S OF NEWARK COURT'S AND BUDDAH TEMPEL AS I PASSED IT IN 8TH GRADE LIVING AT 144 SPRINGFEILD AVE FROM BECON STREET OF BARBARA HARRIS AND MARVA LITTLE CHURCH WERE THE STREET BECON ALSO WAS CLOSED OFF THEN AT EXXON 1991 BUDDAHISUM CAME TO ME ON CENTRAL AVE CONTROLLED AND MASONIC OF MY